SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 3-07-70694 BZ |
|     Plaintiff, ) | |
| ) | **[PROPOSED] ORDER AND** |
|   v. ) | **STIPULATION EXTENDING TIME** |
| ) | **FROM NOVEMBER 29, 2007 TO** |
| ROBERTO IMSON LAMMATAO, ) | **DECEMBER 6, 2007** |
|     Defendant. ) | |
| _____ ) | |

    The parties appeared before the Honorable Bernard Zimmerman on November 29, 2007. With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to extend time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and extending the 30-day time period for indictment from November 29, 2007 to December 6, 2007. F.R.C.P. 5.1(d). Counsel for defense is reviewing the evidence to determine whether a pre-charge disposition is appropriate. Only after evaluating the evidence will counsel be in a position to evaluate what steps to take in this case. Taking into account the public interest in the prompt disposition of criminal cases, these grounds are good cause for

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70694 BZ**

extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

    2. Accordingly, and with the consent of the defendant, the Court orders that the time from November 29, 2007 to December 6, 2007, not be included in the ten day preliminary hearing calculation in Federal Rule of Criminal Procedure 5.1(c).

IT IS SO STIPULATED.

DATED: 12/3/07                        /s/
                                       GILBERT EISENBERG
                                       Counsel for the defendant

DATED: 12/3/07                        /s/
                                       WENDY THOMAS
                                       Special Assistant U.S. Attorney

    IT IS SO ORDERED.

DATED:_____                     
                                       THE HON. BERNARD ZIMMERMAN
                                       United States Magistrate Judge