1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-6809
7  Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,         )   Criminal No. CR 3-07-70694 BZ
                                     )
14         Plaintiff,                )
                                     )
15                                   )   [PROPOSED] ORDER AND
       v.                            )   STIPULATION EXTENDING TIME
16                                   )   FROM NOVEMBER 29, 2007 TO
   ROBERTO IMSON LAMMATAO,           )   DECEMBER 6, 2007
17                                   )
           Defendant.                )
18                                   )
                                     )
19 _____)

20         The parties appeared before the Honorable Bernard Zimmerman on November 29,

21 2007. With the agreement of counsel for both parties, the Court found and held as follows:

22         1. The parties agree to extend time for the preliminary hearing under Federal Rule of

23 Criminal Procedure 5.1, and extending the 30-day time period for indictment from November 29,

24 2007 to December 6, 2007. F.R.C.P. 5.1(d). Counsel for defense is reviewing the evidence to

25 determine whether a pre-charge disposition is appropriate. Only after evaluating the evidence

26 will counsel be in a position to evaluate what steps to take in this case. Taking into account the

27 public interest in the prompt disposition of criminal cases, these grounds are good cause for

28 [PROPOSED] ORDER AND
   STIPULATION EXCLUDING TIME
   CR 3-07-70694 BZ

extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.

2. Accordingly, and with the consent of the defendant, the Court orders that the time from November 29, 2007 to December 6, 2007, not be included in the ten day preliminary hearing calculation in Federal Rule of Criminal Procedure 5.1(c).

IT IS SO STIPULATED.

DATED: 12/3/07

/s/
GILBERT EISENBERG
Counsel for the defendant

DATED: 12/3/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: ___ 07

THE HON. BERNARD ZIMMERMAN
United States Magistrate Judge

[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 3-07-70694 BZ                               2