AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING || Name of District Court, and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(6) – Possession of a False or Stolen Identification Document

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ ROBERTO IMSON LAMMATAO

DISTRICT COURT NUMBER

CR 08 0019

JAN 1 6 2008

**PENALTY:**
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-07-70694 BZ

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed 11/26/2007

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08 0019 |
| Plaintiff, ) | |
| ) | VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of a False or Stolen United States Identification Document (Class A Misdemeanor) |
| v. ) | |
| ROBERTO IMSON LAMMATAO, ) a/k/a Robert Kimson Yoshida, ) | |
| ) | SAN FRANCISCO VENUE |
| Defendant. ) | |

INFORMATION

The United States Attorney charges:

On or about November 17, 2006, in the Northern District of California, the defendant,

ROBERTO IMSON LAMMATAO,
a/k/a Robert Kimson Yoshida,

knowingly possessed an identification document, that was or appeared to be an identification document of the United States, to wit: a United States Passport, numbered 155318144, bearing the name Roberto Kimson Yoshida, which was produced without lawful authority, knowing that

//

//

INFORMATION

1  such document was produced without such authority, in violation of Title 18, United States
2  Code, Section 1028(a)(6), a Class A Misdemeanor.

4  DATED: 12/19/2007                             SCOTT N. SCHOOLS
                                                 United States Attorney

                                                 _____
                                                 GREGORY V. LOWDER
                                                 Chief, Major Crimes Section

9  (Approved as to form: _____)
                          WENDY THOMAS
10                        Special Assistant United States Attorney

INFORMATION