02/07/2008 02:00 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN308CR000019 | | US VS ROBERTO IMSON LAMMATAO | | | | | | | |
| 001 | ROBERTO LAMMATAO | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611015163 | 1 | PR | 1,000.00 | 01/30/2008 |
| 001 | ROBERTO LAMMATAO | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611015044 | 1 | PR | 25.00 | 01/28/2008 |

Division Payment Total   1,025.00

Grand Total   1,025.00

$25.00 SPECIAL ASSESSMENT PAID IN FULL on 1-28-08

$1000.00 FINE PAID IN FULL on 1-30-08

Page 1 of 1