# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

## Petition for Arrest Warrant for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Roberto Lammatao | Docket No.: | CR 08-00019 MAG |
| Name of Sentencing Judge: | Elizabeth D. Laporte United States Magistrate Judge | | |
| Date of Original Sentence: | January 28, 2008 | | |

*FILED MAR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Original Offense:
Count One: Possession of a False or Stolen United States Identification Document, 18 U.S.C. § 1028(a)(6), a Class A misdemeanor

Original Sentence: 3 months BOP; 1 year supervised release
Special Conditions: Not re-enter U.S. illegally if deported; surrender and not posses any firearms; $1,000 fine; $25 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced:
Assistant U.S. Attorney: Wendy Thomas          Defense Counsel: Gilbert Eisenberg (Retained)

### Petitioning the Court

The issuance of a no bail warrant for the offender's arrest.

I, Bobby H. Love, Jr., a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

Roberto Lammatao                                                                                   Page 2
CR 08-00019 MAG

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the standard condition which states that he shall report to the probation office in the district to which he is released within 72 hours of release from the custody of the Bureau of Prisons. |

        This charge is evidenced by this officer's testimony.

        On or about February 28, 2008, the offender was released from custody. On March 4, 2008, the undersigned officer charged the offender's attorney to instruct him to report to the U.S. Probation Office at 2:00 p.m. on that day. The offender's attorney faxed a letter to the undersigned stating that the offender would contact me at the instructed time. The offender failed to report.

        On March 6, 2008, the undersigned U.S. Probation Officer informed the offender's attorney that the offender had not reported and charged the attorney with instructing the offender to report on March 10, 2008, at 2:00 p.m. To date, the offender has not reported.

Address of offender:    102 Lycett Circle
                                Daly City, California 94015

Roberto Lammatao                                                                     Page 3
CR 08-00019 MAG

Based on the foregoing, there is probable cause to believe that Roberto Lammatao violated the conditions of his supervision. Therefore, I ask the Court to issue a no bail warrant for his arrest.

Respectfully submitted,

_____
Bobby H. Love, Jr.
U.S. Probation Officer
Date Signed: March 17, 2008

Approved as to form:

_____
Amy Rizor
Supervisory U.S. Probation Officer

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☐   The issuance of a no bail warrant.
☐   Other:

_Mar. 17, 2008_                                     _____
Date                                                Elizabeth D. Laporte
                                                    United States Magistrate Judge

NDC-SUPV-FORM 12C(2) 03/23/05